NUMBER 13-01-090-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

FIRST NATIONAL BANK OF NEWTON, ET AL. , Appellants,


v.


JAMES H. SNOWDEN D/B/A TIMBERLAKE INSURANCE , Appellee.

____________________________________________________________________
On appeal from the 1st District Court

of Newton County, Texas.

____________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam



Appellants, FIRST NATIONAL BANK OF NEWTON, ET AL. , perfected an appeal from a judgment entered by the 1st 
District Court of Newton County, Texas, in cause number 10741 . After the record was filed, the parties filed an agreed
motion to dismiss the appeal. In the motion, the parties state that all claims by and between them have been settled and that
this appeal has become moot. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the opinion that the
motion should be granted. The agreed motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of June, 2001 .